**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**  *Check one:*

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**  **Aspirity Holdings, LLC**

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

**EIN: 27-1658449**

**5. Debtor's address**

**Principal place of business**

**701 Xenia Avenue S**
Number    Street
**Suite 475**

**Minneapolis, MN 55416**
City           State     Zip Code

**Hennepin**
County

**Mailing address, if different**

**16233 Kenyon Avenue**
Number    Street
**Suite 210**
P.O. Box
**Lakeville, MN 55044**
City           State     Zip Code

**Location of principal assets, if different from principal place of business**

Number    Street

City           State     Zip Code

**6. Debtor's website** (URL)  _____

**7. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**  *Check one:*

Official Form 205                         Involuntary Petition Against a Non-Individual                         page 1

Debtor **Aspirity Holdings, LLC**     Case number *(if known)*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☐ No
- ☑ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **Aspirity Energy, LLC** | | Relationship | **Affiliate** |
| District | **of Minnesota** | Date filed **06/30/2017** MM/DD/YYYY | Case number, if known | **17-41991** **Judge Kathleen H. Sanberg** |
| Debtor | | | Relationship | |
| District | | Date filed MM/DD/YYYY | Case number, if known | |

## Part 3: Report About the Case

**10. Venue**    *Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **See Attached Exhibit A** | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ **1,047,467.19** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Debtor  **Aspirity Holdings, LLC**                                   Case number *(if known)*

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**Name and mailing address of petitioner**

Name

Number    Street

City                          State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                          State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
                MM / DD / YYYY

Signature of petitioner or representative, including representative's title

---

**/s/ Steven B. Nosek  79960**
Printed name

**Steven B. Nosek, P.A.**
Firm name, if any

**2855 Anthony Lane S, #201**
Number    Street

**St. Anthony MN 55418**
City                    State        Zip Code

Contact phone  **612-335-9171**    Email  **snosek@noseklawfirm.com**

Bar number  **79960 MN**

State  **Minnesota**

**/s/ Steven B. Nosek**
Signature of attorney

Date signed  **03/07/2018**
              MM / DD / YYYY

---

Official Form 205           Involuntary Petition Against a Non-Individual           page 3

# EXHIBIT A

## ASPIRITY HOLDINGS, LLC
## INVOLUNTARY CHAPTER 7

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Chris Beck** <br> 5353 Mill Stream Court <br> St. Cloud, FL 34771 | 4 Term Notes principal $72,500.00 plus interest in the amount of $26,895.00 | $99,395.00 |
| **Paul N. Wilmesmeier** <br> 1512 E Lake Geneva Rd NE <br> Alexandria MN 56308 | 15 Term Notes principal $250,000.00 plus interest in the amount of $1,639.58 | $251,639.58 |
| **Nathan Deutscher** <br> E2885 Hailey Lane <br> Eau Claire, WI 54701 | 1 Term Note principal $5,000.00 plus interest in the amount of $175.58 | $5,175.58 |
| **Lynette Siegfried** <br> 602 N Victoria Rd #21 <br> Donna TX 78537 | 11 Term Notes principal $584,068.37 plus interest in the amount of $22,038.50 | $606,106.87 |
| **Thomas Dye** <br> 209 Rena Street <br> Newfield NJ 08344-2610 | 1 Term Note principal balance of $30,000.00 | $30,000.00 |
| **Gregory H. Duckert** <br> 2296 Tower Drive <br> Stoughton WI 53589 | 4 Term Notes totaling $55,150.16 | $55,150.16 |
| | Total of Petitioners' Claims | **$1,047,467.19** |

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                   Case No.
   **Aspirity Holdings, LLC**

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER: INVOLUNTARY CHAPTER 7 PETITION

I, Chris Beck, the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: March 7, 2018

X _/s/ Chris T. Beck_____        X _____
Signature of Debtor1 or Authorized                                  Signature of Debtor 2
Representative

**Chris Beck, Petitioning Creditor**_____        _____
Printed Name of Debtor 1 or                                              Printed Name of Debtor 2
Authorized Representative

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                              Case No.
**Aspirity Holdings, LLC**

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER:  INVOLUNTARY CHAPTER 7 PETITION

I, Paul N. Wilmesmeier , the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: March 7, 2018

X _____                         X _____
Signature of Debtor1 or Authorized                         Signature of Debtor 2
Representative

**Paul N. Wilmesmeier, Petitioning Creditor**
Printed Name of Debtor 1 or                                Printed Name of Debtor 2
Authorized Representative

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                          Case No.
    Aspirity Holdings, LLC

    Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER: INVOLUNTARY CHAPTER 7 PETITION

I, Nathan Deutscher, the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: March 7, 2018

X _____                              X _____
Signature of Debtor1 or Authorized                                    Signature of Debtor 2
Representative

**Nathan Deutscher, Petitioning Creditor**
Printed Name of Debtor 1 or                                             Printed Name of Debtor 2
Authorized Representative

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                           Case No.
**Aspirity Holdings, LLC**

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER: INVOLUNTARY CHAPTER 7 PETITION

I, Lynette Siegfried, the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: **March 7, 2018**

X _[signature]_                                                                X _____
Signature of Debtor1 or Authorized                                    Signature of Debtor 2
Representative

**Lynette Siegfried, Petitioning Creditor**                        _____
Printed Name of Debtor 1 or                                              Printed Name of Debtor 2
Authorized Representative

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

**Aspirity Holdings, LLC**

Case No.

Debtor(s).

# SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER: INVOLUNTARY CHAPTER 7 PETITION

I, Thomas Dye, the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: March 7, 2018

X _____/s/ Thomas Dye_____
Signature of Debtor 1 or Authorized
Representative

X _____
Signature of Debtor 2

**Thomas Dye, Petitioning Creditor**
Printed Name of Debtor 1 or
Authorized Representative

Printed Name of Debtor 2

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                              Case No.
**Aspirity Holdings, LLC**

Debtor(s).

# SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER:  INVOLUNTARY CHAPTER 7 PETITION

I, Gregory Duckert, the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [**individual debtors only**] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: **March 7, 2018**

X _____              X _____
Signature of Debtor1 or Authorized                        Signature of Debtor 2
Representative

**Gregory Duckert, Petitioning Creditor**
Printed Name of Debtor 1 or                                    Printed Name of Debtor 2
Authorized Representative