PLEASE NOTE PROOF OF CLAIM DEADLINES MISSING FROM ORIGINAL NOTICE

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Aspirity Holdings, LLC**<br>Name | EIN  27–1658449 |
| United States Bankruptcy Court  **District of Minnesota**<br>Case number: 18–40667 – KHS | | Date case filed for chapter  7  3/7/18 |

| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** | DeBN |

Official Amended Form amd309D (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set        1/17

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Aspirity Holdings, LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 701 Xenia Avenue S<br>Suite 475<br>Minneapolis, MN 55416 | |
| 4. | **Debtor's attorney**<br>Name and address | Aspirity Holdings, LLC<br>701 Xenia Avenue S<br>Suite 475<br>Minneapolis, MN 55416 | Contact phone: _____<br>Email: _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Randall L. Seaver<br>12400 Portland Avenue South<br>Suite 132<br>Burnsville, MN 55337 | Contact phone: 952–890–0888<br>Email: rseaver@fssklaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours open:  Monday – Friday:<br>8:00am – 5:00pm<br>Contact phone:  (612)–664–5200<br>Web address:  www.mnb.uscourts.gov<br>Date:  5/7/18 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 4, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**U S Courthouse, Rm 1017 (10th Floor),<br>300 S 4th St, Minneapolis, MN 55415** |

**For more information, see page 2 >**

Debtor **Aspirity Holdings, LLC**                                                                                     Case number **18–40667**

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: 7/13/18 (except governmental units):** |
| | | **Deadline for governmental units to file a proof   Filing deadline: 9/4/18 of claim:** |
| | | A proof of claim is a signed statement describing a creditor's claim. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov. No login or password is required. Alternatively, a Proof of Claim form may be obtained at the same website or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

```
                            United States Bankruptcy Court
                                  District of Minnesota
In re:                                                             Case No. 18-40667-KHS
Aspirity Holdings, LLC                                             Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0864-4          User: heidi                  Page 1 of 5                  Date Rcvd: May 07, 2018
                              Form ID: amd309D             Total Noticed: 246


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db             #+Aspirity Holdings, LLC,    701 Xenia Avenue S,   Suite 475,   Minneapolis, MN 55416-0016
aty             +Steven B Nosek,   Steven Nosek,   2855 Anthony Ln S,   Ste 201,   St Anthony, MN 55418-2637
smg             +United States Attorney,   600 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
ptcrd           Paul Wilmesmeier,   1512 W Lake Geneva Rd NE,   Alexandria, MN 56308
ptcrd           Thomas Dye,   209 Rena Street,   Newfield, NJ 08344-2610
61974192        3130 Dogwood Creek Parkway,   Duluth, GA 30096-7414
61967524       +32 brandt rd,   Stamford, CT 06905-1803
61971606       +ALFONSO F GILLETTO,    1348 MEADOWBROOK ST,   KISSIMMEE FL 34744-2613
61968055       +ANTHONY PRINCE,   432 MULFORD DR SE,   GRAND RAPIDS MI 49507-3569
61967454       +Aakash Bakshi,   1742 Chattakay Lane,   Suwanee, GA 30024-3850
61972989       +Al Marks,   7913 S Barkers Bend Dr,   Murrayville GA 30564-1742
61972839       +Al Marks,   7913 So Barkers Bend Dr.,   Murrayville, GA 30564-1742
61972990       +Alfonso & Christina Gilletto,   1348 Meadowbrook St,   Kissimmee FL 34744-2613
61972991       +All Furniture,   63 St. Anthony Parkway,   Minneapolis MN 55418-1007
61972992       +Alliance Management,   Carlswon Towers, Suite 110,   601 Calrson Pkwy,
                 Minnetonka MN 55305-5205
61969050       +Angelo J. Turco,   1731 Route 9,   Unit 144,   Ocean View, NJ 08230-1387
61968660       +Ann I. Johannes,   14067 Alden Ln,   Frisco, TX 75035-9243
61972997       +Anthony J. Archer,   1326 NW 40th Pl,   Cape Coral FL 33993-9123
61969991       +Anthony Joseph Archer,   1326 NW 40th Pl,   Cape Coral, FL 33993-9123
61969381        Anthony and Karen Nicosia,   17690 Tremont St,   Brookfield, WI 53045-2400
61974557        Arthur Becker-Weidman,   6 Emerald Trail,   Williamsville, NY 14221-8305
61974558        Arthur Becker-Weidman & Susan Becker-Weidman,   6 EMERALD TRAIL,
                 Williamsville, NY, NY 14221-8305
61973273       +BARBARA ANNE TELLARDIN,   3441 ANGEL LANE,   PLACERVILLE CA 95667-8914
61973002        BCBS of Minnesota,   Control Group No. 4P481-00 1,   PO Box 64676,   Saint Paul MN 55164-0676
61973381       +BRUCE W TELLARDIN,   3441 ANGEL LANE,   PLACERVILLE CA 95667-8914
61972999       +Baker Tilly, et al,   225 S 6th Street #2300,   Minneapolis MN 55402-4661
61973000       +BambooHR LLC,   335 South 560 West,   Lindon UT 84042-1952
61973001        Bank of Oklahoma,   PO Box 1270,   Tulsa OK 74101-1270
61973003       +Bell Mortgage,   c/o Kristine Rodriguez,   5500 Wayzata Blvd #300,   Minneapolis MN 55416-3582
61973004       +Benjamin J. Bourgeois,   10778 Quail Ridge Drive,   Parker CO 80138-3066
61969877       +Benjamin Joseph Bourgeois,   10778 Quail Ridge Drive,   Parker, CO 80138-3066
61974228       +Bryan Cooley,   2404 Graham Ave.,   #B,   Redondo Beach, CA 90278-2122
61966478       +COLTRANE ENTERPRISES LLC,   2247 SAINES MANOR DR,   JACKSON MI 49201-8602
61967554       +Catherine Tylka,   27653 Alps Ln,   Escondido, CA 92026-7000
61973006       +Center for Family Development,   5820 Main Street,   Suite 406,   Buffalo NY 14221-5734
61974783        Charles Olah,   1005 Five Forks Dr,   Belleville, IL 62221-5703
61966596       +Chitralekha Harkant Shukla,   9518 Roundup Lane,   Houston, TX 77064-5309
61973008       +Chitralekha Harkant Shulka,   9518 Round Up Lane,   Houston TX 77064-5309
61973009       +Chris Beck,   5353 Mill Stream Court,   Saint Cloud FL 34771-8706
61962785       +Chris T Beck,   5353 Mill Stream Court,   Saint Cloud, FL 34771-8706
61973010        Clifton Larson Allen, LLP,   PO Box 776376,   Chicago IL 60677-6376
61973011       +Coltraine Enterprises, LLC,   2247 Saine Manor Drive,   Jackson MI 49201-8602
61973012       +Computer Integration Tech.,   2375 Ventura Drive,   Woodbury MN 55125-4406
61970116        Curtis E. Glenn,   2722 Clayton Street,   Philadelphia, PA 19152-2103
61967991       +Cynthia L. Colletti,   14067 Alden Ln.,   Frisco, TX 75035-9243
61972906        Cynthia Lea Cross,   13135 Ferguson Road,   Valley Falls, KS 66088-4255
61973316       +DANIEL CALABRESE,   9043 141ST DRIVE,   LIVE OAK FLORIDA 32060-6352
61980220       +DOUGLAS CARLILE,   2885 W EL PASO AVE,   FRESNO CA 93711-0359
61973015       +Daily Printing,   2333 Niagara Ln N,   Plymouth MN 55447-4712
61965982       +Daryl Schuetz,   6037 S Quatar way,   Aurora, CO 80015-5019
61962212        David H. Gabriel,   235 Montura Way,   Novato, CA 94949-5444
61973019        Deloitte Tax LLP,   50 South Sixth Street,   Suite 2800,   Minneapolis MN 55402-1538
61973018       +Deloitte and Touche,   50 S 6th Street,   #2800,   Minneapolis MN 55402-1538
61968254       +Diane Patricia Hays,   4147 King Arthur Pl,   Columbus, GA 31907-1133
61973021       +Don Webber,   4851 Bermuda Dunes Ave,   Banning CA 92220-5135
61973022       +Donald R. & Nellie B. Jennings,   8371 La Riviera Dr,   Sacramento CA 95826-1654
61968163       +Donald Ray and Nellie Berniece Jennings,   8371 La Riviera Drive,   Sacramento, CA 95826,
                 8371 La Riviera Drive, CA 95826-1654
61967669       +Donald W Michels,   4336 Winfield Street,   Harrisburg, PA 17109-1527
61973023       +Donald W Michels,   4336 Wingfeld Street,   Harrisburg PA 17109-1527
61973024       +Doris H. Arnold,   6711 Lake Shore Drive,   Richfield MN 55423-2333
61969420       +Doris Helen Arnold,   6711 Lake Shore Drive,   Richfield, MN 55423-2333
61968865       +Duncan E Simpson,   7528 Arlington Expressway 320,   Jacksonville, FL 32211-7333
61973025       +Duncan E. Simpson,   7528 Arlington Expressway,   #320,   Jacksonville FL 32211-7333
61970159       +Elvie Burns,   2462 Brookside Ave.,   Kissimmee, FL 34744-2704
61970148        Elvie Hinson Burns,   2462 Brookside Av.,   Kissimmee, FL 34744-2704
61973027       +Energy Search Partners, Inc.,   Todd Goehring,   1129 Broad Street #107,
                 Shrewsbury NJ 07702-4314
61968864       +Ernest Leiby,   73 Barlow Dr N,   Brooklyn, NY 11234-6719
61964525        Ernest R. Looney Jr.,   P.O. Box 800302,   Santa Clarita, CA 91380-0302
61973324        FRED J. RANDLES,   1108 GRANDSIR AVENUE,   ROLLA MO  65401 3523
61973030       +FedEx,   PO Box 94515,   Palatine IL 60094-4515
```

```
District/off: 0864-4          User: heidi                  Page 2 of 5                   Date Rcvd: May 07, 2018
                              Form ID: amd309D             Total Noticed: 246

61969911      +Flavian J DSouza,    1760 Greenleaf Ave,    DES PLAINES, IL 60018-3835
61974509      +Frances Rosenthal,    One High Point Road,    Scarsdale, NY 10583-3123
61973032       Fredrikson & Byron, P.A.,    PO Box 1484,    Minneapolis MN 55480-1484
61973320      +GAMZON FAMILY TRUST,    MIRIAM GAMZON,    1639 EAST 23RED STREET,    BROOKLYN NY 11229-1518
61974533       GARY DEBRINCAT,    408 DAKOTA LANE,    WHITE LAKE, MI 48386-3665
61978510      +GARY VAN VLECK,    13346 CANDIDA ST,    SAN ANTONIO TX 78232-4806
61977140      +GEORGE H WILSON SR,    PO BOX 203,    ROSENHAYN NJ 08352-0203
61964434       GEORGE RANDOLPH HICKS,    205 MARSHALL CT,    MERRITT ISLAND, FL 32953-4431
61966479      +GERTH PROPERTY TRUST,    2247 SAINES MANOR DR,    JACKSON MI 49201-8602
61971260      +GREGORY H. DUCKERT,    2296 Tower Dr,    STOUGHTON, WI 53589-3552
61963086      +Gary N. Hoipkemier,    64454 Miami Rd,    Bremen, IN 46506-9453
61973034      +Gary Sosnick,    2033 Leeds Lane,    Nashville TN 37221-1420
61964567      +Gayle Troyer,    5755 Charleston Bay Drive,    Cumming, GA 30041-9283
61973036       George R. Hicks,    205 Marshall Ct,    Merritt Island FL 32953-4431
61968862      +George R. McGee,    1042 Bomar Court,    Mars, PA 16046-3046
61973038      +George&Polyxeni Diamantopoulos,    3110 Apollo Drive,    Bethlehem PA 18017-1704
61973039      +Gerald P. Schmude,    9035 N Rd,    Arpin WI 54410-9729
61964501      +Gerald Paul Schmude,    9035 North Rd,    Arpin, WI 54410-9729
61973040      +Gerth Property Trust,    2247 Saine Manor Drive,    Jackson MI 49201-8602
61973685      +Gloria A. Kivett,    PO Box 910,    Van, TX 75790-0910
61973041       Gray Plant Mooty Mooty,    500 IDS Center-Samuel Sigelman,    80 S 8th Street,
                Minneapolis MN 55402-3796
61973042       GreatAmerica Financial Svcs,    PO Box 660831,    Dallas TX 75266-0831
61973044      +Guardian,    315 W 36th St,    New York NY 10018-6624
61973045      +Harold Wright,    115 Saddle Trail,    Georgetown TX 78633-4891
61973046      +Irish Titan,    5320 West 23rd Street,    Suite 300,    Minneapolis MN 55416-1667
61973047       Irwin H. Sebelowitz,    20608 Torre Del Lago Street,    Estero FL 33928-6356
61973048       Issiac Rivers,    4128 Maurive Drive,    Delray Beach FL 33445-3229
61980673      +JEEVRAJ OSWAL,    13635 LAKEWOOD MEADOW DR,    CYPRESS, TX 77429-7405
61979165      +JOSEPH SCHNEIDER,    22 COLUMBIA RD,    LITTLE EGG HARBOR NY 08087-1133
61965983      +Jacob Schuetz,    6037 S Quatar way,    Aurora, CO 80015-5019
61968361      +James Lyden,    1470 Boulder Springs Rd,    Saint George, UT 84790-8582
61973051      +James M. Beck,    5353 Mill Stream Court,    Saint Cloud FL 34771-8706
61962066      +James Michael Beck,    5353 Mill Stream Court,    Saint Cloud, FL 34771-8706
61981034      +James P Alft,    109 N Nast Street,    merrill, WI 54452-2633
61973052      +James W. Hettel,    17 Locust Ct,    Mays Landing NJ 08330-8932
61966119       James William Hettel,    17 Locust Court,    Mays Landing,   NJ, 08330,    Mays Landing, NJ 08330
61967479      +Janusz Peciak,    1 Olympic Plaza,    Colorado Springs, CO 80909-5780
61980649       Jeremy Sosnick,    2020 Beech Ave. Apt. A16,    Nashville, TN 37204-2135
61970219      +John $ Sandra Marie VanMersbergen,    2981 Terrell Cove Ln,    League City, TX 77573-1558
61973054      +John & Sandra M. VanMersbergen,    2981 Terrell Cove Ln,    League City TX 77573-1558
61974668      +John O. Clayton II Limited Partnership,    6463 Sumac Road,    Fort Worth TX 76116-8130
61970218      +John VanMersbergen,    2981 Terrell Cove Ln,    League City, TX 77573-1558
61966130      +Joseph A Ruggiero,    3824 Boardwalk Place,    Ruskin, FL 33570-6126
61967482      +Joseph M Alfano,    15 Vandeventer Ct.,    Sayreville, NJ 08872-2702
61968859      +Joshua Gamzon,    1551 East 37th Street,    Brooklyn, NY 11234-3417
61973058      +Joshua Gamzon,    4114 Omeara Dr,    Houston TX 77025-5423
61964995      +Justin Hughes,    1219 YACHT CLUB RD,    OAK POINT, TX 75068-3034
61973059       Justin Hughes,    1219 Club Yacht Rd,    Oak Point TX 75068
61968017      +Kaleriya Loshmanov,    1777 Congress St,    Fairfield, CT 06824-2200
61973060      +Kateriya Loshmanov,    1777 Congress St,    Fairfield CT 06824-2200
61973061      +Kenneth A. Pasini,    28373 Green Willow St,    Farmington MI 48331-2785
61969719      +Kenneth A. Pasini,    28373 Green Willow St.,    Farmington Hills, MI 48331-2785
61977747      +Kenneth Thayer,    15 Bates Rd,    Chester CT 06412-1102
61973062      +Kevin Grodkiewicz,    1004 Kellogg Drive,    Tavares FL 32778-4920
61978056      +Khan Tausif Kamal,    5520 Blue Spruce Ln,    McKinney, TX 75070-6992
61968843       Kris K Bennett,    211 N, Lincoln Ave.,    Geneva, IL 60134-1216
61977958      +LARRY STRIANO,    7968 QUILL DR,    DOWNEY CA 90242-3452
61981032      +Larry Sweger,    2216 Buttonwood Circle,    Harrisburg, PA 17110-9201
61969421       LeRoy and Gwen Herder,    220 S. 7th Street,    Phillipsburg, KS 67661-2717
61973064      +Lee Haak,    2116 RUstic Ridge Dr,    Keller TX 76248-5618
61977742      +Leslie F. Derrick,    1414 Pine Ridge Estates Court,    Wildwood, MO 63021-5933
61973067      +Lighthouse Services,    1710 Walton Rd,    Suite 204,    Blue Bell PA 19422-2304
61973068       Lindquist & Vennum LLP,    80 S 8th Street,    2000 IDS Center,    Minneapolis MN 55402-2119
61973069      +Lynette Siegfried,    602 N Victoria Rd #21,    Donna TX 78537-9729
61973070      +M2 Compliance, Inc.,    2029 Century Park East,    Suite 400,    Los Angeles CA 90067-2905
61968973      +MAOGEN ZHANG,    9249 64th Court,    Pleasant Prairie, WI 53158-3283
61973071      +Maogen Zhang,    9249 64th Court,    #165,    Pleasant Prairie WI 53158-3283
61969006      +Maogen Zhang,    9249 64th Ct Unit 165,    Pleasant Prairie, WI 53158-3283
61967441      +Mark C. @ Yung S. Theisen,    1405 90th St. W.,    Northfield, MN 55057-4710
61967523      +Mark C. and Yung S. Theisen,    1405 90th St. W,    Northfield, MN 55057-4710
61973074      +Marley Vil,    26 Larchqwood Dr,    Goshen NY 10924-2541
61968785      +Marley Vil,    26 Larchwood Drive,    Goshen, NY 10924-2541
61977746      +Maureen Suggitt,    358 Hursley St,    Sault Ste Marie, MI 49783-2310
61973075       Michael A. Goldman,    6723 Bardonia Street,    San Diego CA 92119-1804
61966704       Michael Arthur Goldman,    6723 Bardonia Street,    San Diego, CA 92119-1804
61967952      +Michael D Black Sr.,    9269 July Ln.,    St.Augustine, FL 32080-8632
61973076      +Michael D. Black Sr.,    9269 July Ln,    Saint Augustine FL 32080-8632
61973077      +Michael E. Anderson,    10944 Chelsea Street,    Oak Hills CA 92344-0410
61967525      +Michael Grossberg,    32 BRANDT ROAD,    STAMFORD, CT 06905-1803
```

```
District/off: 0864-4          User: heidi                  Page 3 of 5                   Date Rcvd: May 07, 2018
                              Form ID: amd309D             Total Noticed: 246


61974609      +Michael Joseph Dolan,    1875 Browning Street,    Baldwin, NY 11510-2321
61967483      +Michael Lawyer,    54 Hancock St,    Fort Plain, NY 13339-1105
61964502      +Mingsheng Wang,    805 Ashland Street,    West Lafayette, IN 47906-1507
61973081       Morningstar Commodity Data Inc,     2668 Paysphere Circle,    Chicago IL 60674-2668
61970117       Ms. Sylvia Aleman Bauder,    250 Hunters Way,    Victoria, TX 77904-4908
61973082      +Natalie O. Judge,    155 George Thomas Rd,    Vonore TN 37885-3139
61966996      +Natalie Oliver Judge,    155 GEORGE THOMAS RD,    VONORE, TN 37885-3139
61973083      +Nathan Deutscher,    E2885 Hailey Lane,    Eau Claire WI 54701-8882
61964554      +Nathan Deutscher,    E2885 Hailey Ln,    Eau Claire, WI 54701-8882
61967455      +Patricia Pelaez,    1301 W. Madison Apt. 306,    Chicago, IL 60607-1941
61973085      +Paul Haglund,    19550 Jasper Terrace,    Lakeville MN 55044-9477
61967481      +Paul N. Wilmesmeier,    1512 E Lake Geneva Rd NE,    Alexandria, MN 56308-7976
61973087      +Paul R. Grand,    Box 8705,    Fort Mohave AZ 86427-8705
61973088       Paychex of New York LLC,    Lockbox #732954,    PO Box 732954,    Dallas TX 75373-2954
61968080      +Peter K Mathews,    260 Chesapeake Lane,    Southlake, TX 76092-8100
61973089      +Peter K. Matthews,    260 Chesapeake Lane,    Southlake TX 76092-8100
61963072      +Peter Mamott,    P.O. Box 783321,    Winter Garden, FL 34778-3321
61973091      +Peter Szarmach,    884 Huntington Dr,    Fishkill NY 12524-4920
61967440      +Peter Szarmach,    884 Huntington Drive,    Fishkill NY 12524,
                884 Huntington Drive, NY 12524-4920
61966080      +Peter W. Liu  Ellen W Liu,    915 Violeta Dr.,    Alhambra, CA 91801-5330
61973092      +Peter W. and Ellen W. Liu,    915 Violeta Dr,    Alhambra CA 91801-5330
61973093       Premium Waters, Inc.,    PO Box 9128,    Minneapolis MN 55480-9128
61979107       RICHARD BRADLEY,    8467 SW 60TH CIR,    OCALA FL 34476
61971604      +RICHARD OCONNOR,    W645 HILLVIEW DRIVE,    STODDARD WI 54658-9048
61973094       Ralph Torgerson,    Ridge Apartments, Inc.,    PO Box 280103,    Brooklyn NY 11228-0103
61973095      +Redwater LLC,    5400 Opportunity Court,    Suite 160,    Minneapolis MN 55343-9094
61973096      +Richard J. Palenik,    13570 W Echo Dr,    Gulfport MS 39503-7662
61968866      +Richard John Palenik,    13570 W Echo Dr,    Gulfport, MS 39503-7662
61975509      +Robert Allen Gahl and Mary Ann Gahl,    406 McCormick Ct.,    Euless, TX 76040-5535
61973098     #+Robert H. Pinder,    119 Juniper Berry Trail,    Georgetown TX 78633-4706
61964566      +Robert Hass,    10 Lake Sterling Gate Dr.,    Spring, TX 77379-7204
61964507     #+Robert Henry Pinder,    119 Juniper Berry Trail,    Georgetown, TX 78633-4706
61973100       Robert Sklodowski,    2712 W Nighthawk Way,    Phoenix AZ 85045-4217
61967480       Robert Stephen Smith,    1320 Galsworthy Ave,    Orlando, FL 32809-6316
61967949      +Ronald C Secory,    231 Saint Martin Dr,    Suwanee, GA 30024-3003
61966124      +Ronald L Behrensen,    870 Victoria Drive,    Red Lion, PA 17356-9506
61973104      +Ronald W. Sheldon,    1550 SW 7th Court,    Boca Raton FL 33486-7034
61967942       Roy J Johannes/Candace Lee Johannes,     10603 Bancroft Ln,    Frisco, TX 75035-2287
61973105       Roy J. & Candace L. Johannes,    10603 Bancroft Ln,    Frisco TX 75035-2287
61974401      +SHELDON ARNOLD GAMZON,    1639 EAST 23RD ST,    BROOKLYN NY 11229-1518
61962244      +SHOBHA GURBANI,    12343 NW 7th Lane,    Miami, FL 33182-2019
61981188      +STEPHEN C MUTHER,    850 SCOTT DR,    MARCO ISLAND FL 34145-5979
61974560       Samantha Becker-Weidman,    6 Emerald Trail,    Williamsville, NY 14221-8305
61973106       Samuel P. Edison,    1405 Sterling Road,    Redlands CA 92373-6675
61970217      +Sandra Marie VanMersbergen,    2981 Terrell Cove Ln,    League City, TX 77573-1558
61973108      +Sheila Graf,    23 Redwood Manor,    Pontiac IL 61764-3580
61964510      +Sheila Graff,    23 Redwood Manor,    Pontiac, IL 61764-3580
61973109      +Sheng Gang Kuo & Yungfen Kao,    1A Cambridge Circle,    Manchester Township NJ 08759-7139
61968189      +Sheng Gang Kuo; Yungfen Kao,    1A Cambridge Circle,    Manchester, NJ 08759-7139
61965932      +Stanley F. Green,    69 Paseo Way,    Greenbrae, CA 94904-1235
61970073       Steven D Eckels,    338 E CAPITOL DR,    HARTLAND, WI 53029-2102
61964715      +Steven J. Vitale,    498 DeWitt Avenue,    North Babylon, NY 11703-2102
61973113      +Steven J. Vitale,    498 Dewitt Avenue N,    North Babylon NY 11703-2102
61967950      +Steven Skurski IRA,    4341 Thomas Dr F02,    Panama City Beach, FL 32408-7336
61973114      +Steven Skurski IRA,    4341 Thomas Dr F02,    Panama City FL 32408-7336
61973115       Sylvia A. Bauder,    250 Hunters Way,    Victoria TX 77904-4908
61966524      +TERRY GERTH,    2247 SHINES MANOR DR,    JACKSON MI 49201-8602
61961003       THOMAS J. DYE and RUTH A DYE,    209 RENA STREET,    NEWFIELD, NJ 08344-2610
61971426       THOMAS JOHN VIRTUE,    17 Glenn Terrace,    Newton, NJ 07860-5112
61977959      +TWIN CITIES POWER HOLDINGS,    LARRY STRIANO,    7968 QUILL DR,    DOWNEY CA 90242-3452
61973116      +Terry D. Gerth,    2247 Saines Manor Dr,    Jackson MI 49201-8602
61969914       The Payne Family Trust of 1991,    725 Mahogany St.,    Orcutt, CA 93455-6094
61966132       Thomas G. Knapp,    15 ALFIE LN,    TUNKHANNOCK, PA 18657-9112
61974435       Thomas Henry Hirte,    12706 Water Pearl,    San Antonio, TX 78253-6473
61973119       Thomas Hirte,    2706 Water Pearl,    San Antonio TX 78253-8437
61973121      +Thomas J. Smith,    5632 Snowy Orchid Dr,    Sugar Hill GA 30518-7637
61973122       Thomas J. Virtue,    17 Glenn Terrace,    Newton NJ 07860-5112
61973120       Thomas J. and Ruth A. Dye,    209 Rena Street,    Newfield NJ 08344-2610
61968686      +Thomas Jason Smith,    5632 Snowy Orchid Drive,    Sugar Hill, GA 30518-7637
61966343      +Thomas L. Adams,    2817 NE 32nd Street,    Apt. 111,    Fort Lauderdale, FL 33306-2012
61968860       Thomas Simpson,    508 west 22nd street,    Higginsville, MO 64037-1630
61973125      +Timothy Krieger,    16233 Kenyon Avenue,    Lakeville MN 55044-4754
61964474      +Timothy O. Finch,    49 Barney Lane,    Rochester, NY 14606-5315
61973127      +Troy C. Judge,    155 George Thomas Rd,    Vonore TN 37885-3139
61967047      +Troy Charles Judge,    155 GEORGE THOMAS RD,    VONORE, TN 37885-3139
61969910      +VENKATRAMAN GOPALAKRISHNAN,    36184  Adobe Drive,    Fremont CA,    94536,
                FREMONT, CA 94536-5572
61973128      +Venkatraman Gopalakrishnan,    36184 Adobe Drive,    Fremont CA 94536-5572
61969009      +Vivian M. Wray,    4114 Omeara Dr.,    Houston, TX 77025-5423
```

```
District/off: 0864-4          User: heidi                 Page 4 of 5                  Date Rcvd: May 07, 2018
                              Form ID: amd309D            Total Noticed: 246


61973130          Voyant Communications, LLC,    PO Box 952151,    Dallas TX 75395-2151
61975160         +WAYNE KIEFER,    594 RIVERVIEW DR,    MARSHALL WI 53559-9316
61967987          Walter L. Futch,    7946 Prestwick Ct.,    Columbus, GA 31909-2032
61973132         +Warren A. Goldfein,    1 Hillside Drive,    Apt B213,    Mount Arlington NJ 07856-1518
61969876         +Warren Arnold Goldfein,    1 Hillside Drive Apt B213,    Mt Arlington, NJ 07856-1518
61968784         +Widely Vil,    26 Larchwood Drive,    Goshen, NY 10924-2541
61973134         +Wiley Sharp,    c/o Aspirity Energy, LLC,    12800 Whitewater Dr, #250,
                   Minnetonka MN 55343-9303
61968783         +Willy Vil,    26 Larchwood Drive,    Goshen, NY 10924-2541
61973136         +Winthrop & Weinstine, PA,    225 S Sixth Street, #3500,    Minneapolis MN 55402-4629
61974678         +Yuling Chansard,    1412 Park Hollow Lane,    Lawrenceville, GA 30043-3878
61962219         +gary  sosnick,    2033 leeds lane,    nashville,,    tennessee   37221,    nashville, TN 37221-1420
61971140          issiac rivers,    4128 maurice drive,    delray beach, FL 33445-3229
61968616         +ronald william sheldon,    1550 SW 7th court,    Boca Raton, FL 33486-7034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr               +EDI: QRLSEAVER.COM May 08 2018 02:03:00      Randall L. Seaver,    12400 Portland Avenue South,
                   Suite 132,    Burnsville, MN 55337-6805
smg              +EDI: MINNDEPREV.COM May 08 2018 02:06:00      Minnesota Department of Revenue,
                   Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
ust              +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov May 07 2018 22:05:15      US Trustee,
                   1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61972993          EDI: AMEREXPR.COM May 08 2018 02:05:00      American Express,    PO Box 360001,
                   Fort Lauderdale FL 33336-0001
61973007          E-mail/Text: bmg.bankruptcy@centurylink.com May 07 2018 22:05:29      Century Link,
                   Business Services,    PO Box 52187,    Phoenix AZ 85072-2187
61973066          E-mail/Text: bankruptcies@libertymutual.com May 07 2018 22:05:26      Liberty Mutual,
                   PO Box 2051,    Keene NH 03431-7051
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             +US Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
ptcrd*           +Chris Beck,    5353 Mill Stream Court,    Saint Cloud, FL 34771-8706
ptcrd*           +Gregory H Duckert,    2296 Tower Drive,    Stoughton, WI 53589-3552
ptcrd*           +Lynette Siegfried,    602 N Victoria Road #21,    Donna, TX 78537-9729
ptcrd*           +Nathan Deutscher,    E2885 Hailey Lane,    Eau Claire, WI 54701-8882
61972988*        +Aakash Bakshi,    1742 Chattakay Lane,    Suwanee GA 30024-3850
61972994*        +Angelo J. Turco,    1731 Route 9,    Unit 144,    Ocean View NJ 08230-1387
61972995*        +Ann I. Johannes,    14067 Alden Ln,    Frisco TX 75035-9243
61972996*         Anthony & Karen Nicosia,    17690 Tremont St,    Brookfield WI 53045-2400
61972998*        +Anthony Prince,    432 Mulford Dr SE,    Grand Rapids MI 49507-3569
61973005*        +Catherine Tylka,    27653 Alps Lane,    Escondido CA 92026-7000
61973013*         Curtis E. Glenn,    2722 Clayton Street,    Philadelphia PA 19152-2103
61973014*        +Cynthia L. Colletti,    14067 Alden Ln,    Frisco TX 75035-9243
61973016*        +Daryl Schuetz,    6037 S Quatar Way,    Aurora CO 80015-5019
61973017*         David H. Gabriel,    235 Montura Way,    Novato CA 94949-5444
61973020*        +Diane Patricia Hays,    4147 King Arthur Pl,    Columbus GA 31907-1133
61973026*         Elvie Hinson Burns,    2462 Brookside Avenue,    Kissimmee FL 34744-2704
61973028*        +Ernest Leiby,    73 Barlow Dr N,    Brooklyn NY 11234-6719
61973029*         Ernest R. Looney, Jr.,    PO Box 800302,    Santa Clarita CA 91380-0302
61973031*        +Flavian J. DSouza,    1760 Greenleaf Ave,    Des Plaines IL 60018-3835
61973033*        +Gary N. Hoipkemier,    64454 Miami Rd,    Bremen IN 46506-9453
61973035*        +Gayle Troyer,    5755 Charleston Bay Dr,    Cumming GA 30041-9283
61973037*        +George R. McGee,    1042 Bomar Court,    Mars PA 16046-3046
61973043*        +Gregory H. Duckert,    2296 Tower Drive,    Stoughton WI 53589-3552
61973049*        +Jacob Schuetz,    6037 S Quatar Way,    Aurora CO 80015-5019
61973050*        +James Lyden,    1470 Boulder Springs Rd,    Saint George UT 84790-8582
61973053*        +Janusz Peciak,    1 Olympic Plaza,    Colorado Springs CO 80909-5780
61973055*        +John VanMersbergen,    2981 Terrell Cove Ln,    League City TX 77573-1558
61973056*        +Joseph A. Ruggiero,    3824 Boardwalk Place,    Ruskin FL 33570-6126
61973057*        +Joseph M. Alfano,    15 Vandeventer Ct,    Sayreville NJ 08872-2702
61973063*         Kris K. Bennett,    211 N Lincoln Ave,    Geneva IL 60134-1216
61973065*         LeRoy & Gwen Herder,    220 S 7th Street,    Phillipsburg KS 67661-2717
61973072*        +Mark C. & Yung S. Theisen,    1405 90th St W,    Northfield MN 55057-4710
61973078*        +Michael Grossberg,    32 Brandt Rd,    Stamford CT 06905-1803
61967587*        +Michael Grossberg,    32 Brandt Road,    Stamford, CT 06905-1803
61973079*        +Michael Lawyer,    54 Hancock St,    Fort Plain NY 13339-1105
61973080*        +Mingsheng Wang,    805 Ashland Street,    West Lafayette IN 47906-1507
61973084*        +Patricia Pelaez,    1301 W. Madison,    Apt. 306,    Chicago IL 60607-1941
61973086*        +Paul N. Wilmesmeier,    1512 E Lake Geneva Rd NE,    Alexandria MN 56308-7976
61973090*        +Peter Mamott,    PO Box 783321,    Winter Garden FL 34778-3321
61973097*        +Richard OConnor,    W645 Hillview Drive,    Stoddard WI 54658-9048
61973099*        +Robert Hass,    10 Lake Sterling Gate Dr,    Spring TX 77379-7204
61973101*         Robert Stephen Smith,    1320 Galsworthy Ave,    Orlando FL 32809-6316
61973102*        +Ronald C. Secory,    231 Saint Martin Dr,    Suwanee GA 30024-3003
61973103*         Ronald L. Behrensen,    870 Victoria Dr,    Red Lion PA 17356-9506
61973107*        +Sandra Marie VanMersbergen,    2981 Terrell Cove Ln,    League City TX 77573-1558
61973110*        +Shobha Gurbani,    12343 NW 7th Lane,    Miami FL 33182-2019
61973111*        +Stanley F. Green,    69 Paseo Way,    Greenbrae CA 94904-1235
61973112*         Steven D. Eckels,    338 E Capitol Dr,    Hartland WI 53029-2102
```

```
District/off: 0864-4          User: heidi              Page 5 of 5           Date Rcvd: May 07, 2018
                              Form ID: amd309D         Total Noticed: 246


            ***** BYPASSED RECIPIENTS (continued) *****
61973117*         The Payne Family Trust of 1991,    725 Mahogany St,    Orcutt CA 93455-6094
61973118*         Thomas G. Knapp,    15 Alfie Ln,    Tunkhannock PA 18657-9112
61973123*        +Thomas L. Adams,    2817 NE 32nd Street,    Apt 111,    Fort Lauderdale FL 33306-2012
61973124*         Thomas Simpson,    508 West 22nd Street,    Higginsville MO 64037-1630
61973126*        +Timothy O. Finch,    49 Barney Lane,    Rochester NY 14606-5315
61973129*        +Vivian M. Wray,    4114 Omeara Dr,    Houston TX 77025-5423
61973131*        +Walter L. Futch,    7946 Prestwick Ct,    Columbus GA 31909-2032
61973133*        +Widely Vil,    26 Larchwood Dr,    Goshen NY 10924-2541
61973135*        +Willy Vil,    26 Larchwood Dr,    Goshen NY 10924-2541
61954524       ##+Lynette Siegfried,    47993 Big Ole Road,    Marcell MN 56657-2128
61973073       ##+Mark Morales,    124 E 103rd St No. 8,    New York NY 10029-5310
                                                                                TOTALS: 0, * 58, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Randall L. Seaver    rseaver@fssklaw.com, rseaver@ecf.epiqsystems.com
              Steven B Nosek   on behalf of Petitioning Creditor Nathan  Deutscher snosek@noseklawfirm.com,
               loriadamson@noseklawfirm.com
              Steven B Nosek    on behalf of Petitioning Creditor Lynette  Siegfried snosek@noseklawfirm.com,
               loriadamson@noseklawfirm.com
              Steven B Nosek    on behalf of Petitioning Creditor Thomas  Dye snosek@noseklawfirm.com,
               loriadamson@noseklawfirm.com
              Steven B Nosek    on behalf of Petitioning Creditor Chris  Beck snosek@noseklawfirm.com,
               loriadamson@noseklawfirm.com
              Steven B Nosek    on behalf of Petitioning Creditor Paul  Wilmesmeier snosek@noseklawfirm.com,
               loriadamson@noseklawfirm.com
              Steven B Nosek    on behalf of Petitioning Creditor Gregory H Duckert snosek@noseklawfirm.com,
               loriadamson@noseklawfirm.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 8
```