**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                                                BKY 18-40667
                                                                                                                      Chapter 7
Aspirity Holdings, LLC,

       Debtor.
_____

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY
_____

1. Applicant Randall L. Seaver is the Chapter 7 Trustee ("Trustee") in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: to conduct formal discovery and appropriate litigation relating to voidable transfer actions and other potential actions to recover assets of the estate.

3. Matthew R. Burton and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. ("LOSGS"), 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402 are qualified by reason of practice and experience to render such representation or assistance to the Trustee.

4. Proposed compensation and reimbursement of expenses is: $200-$450 per hour plus expenses, subject to Court approval.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Randall L. Seaver is the Trustee in this case; (b) the Firm represents panel trustees in unrelated matters; (c) Brian Leonard of LOSGS is a panel trustee; (d) the Firm has previously represented Exelon Generation Company, LLC in this case and has represented BMO Harris Bank in matters unrelated to this case; and the Firm represents the Trustee in the Aspirity Energy, LLC Chapter 7 case (17-41991).

6. No conflict of interest arises by the Firm's representation of the Trustee.

7. The Trustee has made the following efforts to recover assets prior to submitting this Application: obtained and reviewed financial information related to the Debtor including its schedules and interviewed interested parties.

Wherefore, Applicant requests that the Court approve the employment of LOSGS.

Dated: August 7, 2018                                        /e/  Randall L. Seaver
                                                             Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:   BKY No. 18-40667

Aspirity Holdings, LLC,   Chapter 7

　　　　Debtor.

### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, Matthew R. Burton and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. ("**LOSGS**"), 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402, named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Randall L. Seaver is the Trustee in this case; (b) the Firm represents panel trustees in unrelated matters; (c) Brian Leonard of LOSGS is a panel trustee; (d) the Firm has previously represented Exelon Generation Company, LLC in this case and has represented BMO Harris Bank in matters unrelated to this case; and the Firm represents the Trustee in the Aspirity Energy, LLC Chapter 7 case (17-41991).

3. No conflict of interest arises by the Firm's representation of the Trustee.

　　　　　　　　　　　　　　　　　LEONARD, O'BRIEN
　　　　　　　　　　　　　　　　　SPENCER, GALE & SAYRE, LTD.

Dated: August 7, 2018　　　　　　By: _____
　　　　　　　　　　　　　　　　　Matthew R. Burton, #210018
　　　　　　　　　　　　　　　　　100 South Fifth Street, Suite 2500
　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　(612) 332-1030

{00734236.1 }

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                    BKY 18-40667

Chapter 7 case

Aspirity Holdings, LLC,

      Debtor.

---

**ORDER**

---

The trustee's application to approve the employment of Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., as the trustee's attorneys came before the court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C. §327,

IT IS ORDERED:  the employment is approved.

Dated:

_____
Kathleen H. Sanberg
Chief United States Bankruptcy Judge