**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re:                                                                                       Petition No: 18-40667

Aspirity Holdings, LLC

       Debtor

_____

**Entry of Appearance**

Please enter the appearance of Robert D. Loventhal, 15 Hammersmith Road Unit 13, Newport RI 02840, for the creditor, Matthew Gaetano for the above entitled matter.

                               Respectfully Submitted,
                               The Creditor,
                               Matthew Gaetano,
                               By his attorney

*/s/ Robert D. Loventhal*

Robert D. Loventhal, Esq.
BBO# 305940
15 Hammersmith Road Unit 13
Newport, Rhode Island 02840
Rdllaw99@aol.com

## Certificate of Service

    I, Robert D. Loventhal, hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record as set out below by electronic mail.

**Date: 4/22/19**

_____
Robert D. Loventhal

**Service List:**

Matthew R. Burton
Morrison Sund, PLLC
5125 County Road 101
Suite 200
Minnetonk a, MN 55345
952-277-0125
Fax : 952-975- 0058
Email: mburton@mo rrisonsund.com

Steven B Nosek
2855 Anthony Ln S
Ste 201
St Anthony, MN 55418
612-335-9171
Email: snosek@noseklawfirm.com

James M. Jorissen
Briggs and Morgan, P.A.
80 South Eighth Street
Suite 2200
Minneapoli s, MN 55402
612-977-8400
Fax : 612-977- 8650
Email: jjorissen@bri ggs.com