# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Aspirity Holding, LLC,<br><br>        Debtor. | Case No. 18-40667<br>Chapter 7 |
| Randall L. Seaver, Trustee,<br><br>        Plaintiff,<br><br>     v.<br><br>Diversified Trading Company, LLC (f/k/a Krieger Enterprises, LLC), a Minnesota limited liability company; Timothy L. Krieger, an adult resident of Minnesota, Apollo Energy Services, LLC, a Minnesota limited liability company; Chesapeake Trading Group, LLC, a Minnesota limited liability company; Cygnus Partners, LLC, a Minnesota limited liability company; Cygnus Energy Futures, LLC, a Minnesota limited company; Retail Energy Holdings, LLC, a Minnesota limited liability company; Town Square Energy, LLC, a Delaware limited liability company; Town Square Energy East, LLC, a Delaware limited liability company; and Cyclone Partners, LLC, a Minnesota limited liability company,<br><br>        Defendants. | Adv. Pro. No. 19-04183<br><br><br>**JOSEPH R. RICHIE'S<br>NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE** |

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the

undersigned hereby notes his appearance as an attorney for Diversified Trading Company, LLC

(f/k/a Krieger Enterprises, LLC) and Timothy L. Krieger, Defendants in the above case, and

request all parties in interest to serve copies of all notices and all papers (including pleadings,

1166329.1

motions, applications, orders, financial and other reports), served or filed in this case upon the

undersigned at the office address and telephone number set forth below:

> Diversified Trading Company LLC
> Timothy L. Krieger
> c/o Anthony Ostlund Baer & Louwagie PA
> Attn:  Joseph R. Richie, Esq.
> 3600 Wells Fargo Center
> 90 South 7th Street
> Minneapolis, MN  55402
> Telephone:  612-349-6969
> E-mail:  *jrichie@anthonyostlund.com*

Dated:  August 28, 2019                    **Anthony Ostlund Baer & Louwagie PA**

By:  */s/ Joseph R. Richie*
    Joseph R. Richie (#400615)
3600 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402
Telephone:  612-349-6969
E-mail:  *jrichie@anthonyostlund.com*

***Attorneys for Defendants Diversified Trading Company LLC and Timothy L. Krieger***

1166329.1