# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                                                            BKY 18-40667

Aspirity Holdings, LLC,

                Debtor.

## ORDER APPROVING SETTLEMENT

This case is before the court on the trustee's notice of settlement filed on August 10, 2020, as Document No. 72, regarding a settlement between the trustee and Timothy L. Krieger ("Krieger"), Apollo Energy Services LLC, Chesapeake Trading Group LLC, Cygnus Partners LLC, Cygnus Energy Futures LLC, and Cyclone Partners LLC (collectively, "Krieger Defendants").

Creditors Michael A. Goldman, Michael Lawyer and David Gabriel filed objections to the notice of settlement and the matter was placed on for hearing by the Trustee.

For reasons stated orally and recorded in open court,

IT IS ORDERED: The settlement agreement described in the notice of settlement filed on August 10, 2020, as Document No. 72, is approved.

Dated: September 30, 2020                  /e/ Kathleen H. Sanberg
                                                                       Kathleen H. Sanberg
                                                                       United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/30/2020
Lori Vosejpka, Clerk, by LH